MICHAEL N. EMERY [0990]
WAYNE Z. BENNETT [8521]
RICHARDS, BRANDT, MILLER & NELSON
Attorneys for Central Refrigerated Service, Inc.
Key Bank Tower, Seventh Floor
50 South Main Street
P.O. Box 2465
Salt Lake City, Utah 84110-2465
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| IN RE: <br><br> SIMON TRANSPORTATION SERVICES, INC. and DICK SIMON TRUCKING, INC. <br><br> Debtors. | Bankruptcy Case No. 02-22906 GEC <br><br> Chapter 11 <br><br> [Jointly Administered] <br><br> Judge Glen E. Clark |

### NOTICE OF APPEAL ON
### ORDER DENYING MOTION TO RECONSIDER

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 158(a)(1) and Rule 8001, Federal Rules of Bankruptcy Procedure, Central Refrigerated Service, Inc. ("**Central**") hereby appeals the Order Denying Motion to Reconsider entered on April 29, 2003 in the above-referenced case. Specifically, Central appeals from the factual findings set forth in the subsection entitled



0222906D1036

"**Facts**" in the above-described Order, together with the conclusions that Central paid nothing for the Trade-Back Agreements, and that such Trade-Back Agreements were not included in the Order approving the sale of assets to Central.

The names of all parties to the Order upon which this appeal is taken, and the names, addresses and telephone numbers of their respective attorney are provided as follows:

>Michael N. Emery, Esq.
>Wayne Z. Bennett, Esq.
>RICHARDS, BRANDT, MILLER & NELSON
> Counsel for Central Refrigerated Service, Inc.
>50 South Main, Key Bank Tower, Suite 700
>P.O. Box 2465
>Salt Lake City, UT 84110
>(801) 531-2000
>
>J. Thomas Beckett, Esq.
>Dianna M. Gibson, Esq.
>PARSONS BEHLE & LATIMER
> Counsel for the Freightliner Companies
>One Utah Center
>201 South Main Street, Suite 1800
>P.O. Box 45898
>Salt Lake City, UT 84145-0898
>(801) 532-1234
>
>Weston L. Harris, Esq.
>PARSONS DAVIES KINGHORN & PETERS
> Counsel for Simon Transportation Services, Inc., Dick Simon
>     Trucking, Inc. and Simon Terminal, LLC
>185 South State Street, Suite 700
>Salt Lake City, UT 84111
>(801) 363-4300

Peter W. Billings, Esq.
Gary E. Jubber, Esq.
FABIAN & CLENDENIN
 Counsel for Unsecured Creditors' Committee
215 South State Street, 12th Floor
Salt Lake City, UT 84111
(801) 531-8900

Scott J. Goldstein, Esq.
Mark Thornhill, Esq.
Spencer, Fane, Britt & Browne, LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
 Counsel for Simon Transportation Services, Inc., Dick Simon
  Trucking, Inc. and Simon Terminal, LLC

Laurie Crandall
U.S. TRUSTEE'S OFFICE
#9 Exchange Place, Suite 100
Salt Lake City, UT 84111-2147


RESPECTFULLY SUBMITTED this 9th day of May, 2003.

RICHARDS, BRANDT, MILLER
& NELSON

_____
Michael N. Emery
Wayne Z. Bennett
Attorneys for
Central Refrigerated Service, Inc.

## CERTIFICATION OF SERVICE
## NOTICE OF APPEAL

I hereby certify that per Rule 8004 I served a copy of the Notice of Appeal on counsel of record for each party to said proceeding other the Appellant, or, if not represented by counsel, the party's last known address, by 1s class mail on the date listed below: Emery, Harris, Beckett, Goldstein Billings, USDr.

5/12/02
Dated

_____
Coates
Appeals Clerk

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was sent first-class mail, postage prepaid, on this ___ day of May, 2003, to the following:

Weston L. Harris, Esq.
Kim Mosier, Esq.
Parsons, Davies, Kinghorn & Peters
185 South State Street, Suite 700
Salt Lake City, UT 84111

Laurie Crandall
U.S. Trustee
9 Exchange Place, #100
Salt Lake City, UT 84111

J. Thomas Beckett, Esq.
Parson, Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84145-0898

Peter Billings, Esq.
Gary Jubber, Esq.
Fabian & Clendenin
215 South State Street, #1200
Salt Lake City, UT 84111

Scott J. Goldstein, Esq.
Mark Thornhill, Esq.
Spencer, Fane, Britt & Browne, LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106

G:\EDSI\DOCS\15474\0001\BK5971.WPD

# Exhibits/Attachments to this document have **not** been scanned.

Please see the case file.