FILED
-9 SEP 03 PM 3:00
DISTRICT OF UTAH
BRUCE S. JENKINS JUDGE

RECEIVED CLERK
SEP 0 5 2003
U.S. DISTRICT COURT

J. THOMAS BECKETT (5587)
DIANNA M. GIBSON (7533)
PARSONS BEHLE & LATIMER
Attorneys for Freightliner
One Utah Center
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT  84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FREIGHTLINER, LLC,<br><br>Appellant,<br>v.<br><br>CENTRAL REFRIGERATED SERVICES, INC. and OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Appellee. | ORDER GRANTING FREIGHTLINER'S, CENTRAL'S AND THE COMMITTEE'S STIPULATED MOTION TO CONSOLIDATE APPEALS<br><br>CASE NO. 2:03CV00562<br><br>Judge Bruce S. Jenkins |
| CENTRAL REFRIGERATED SERVICES, INC.,<br><br>Appellant,<br>v.<br><br>FREIGHTLINER, LLC and OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Appellee. | CASE NO. 2:03CV-00563<br><br>Judge Tena Campbell |

The Court, having considered Freightliner's, Central's and the Committee's Stipulated Motion to Consolidate Appeals, hereby **ORDERS** that the appeal styled <u>Central Refrigerated</u>

547776.2

10

Services, Inc. v. Freightliner, LLC, et al., Case No. 2:03CV-00563, currently pending before Judge Tena Campbell, be combined and consolidated with this action pursuant to Federal Rule of Civil Procedure 42(a) and DUCivR 42-1, as the above-captioned action bears the lower of the two case numbers.

DATED this ___ day of August 2003.

BY THE COURT:

_____
Honorable Bruce S. Jenkins

APPROVED AS TO FORM:

_____
J. Thomas Beckett
Dianna M. Gibson
PARSONS BEHLE & LATIMER
Attorneys for Freightliner

_____
Michael N. Emery
Russell C. Fericks
RICHARDS BRANDT MILLER & NELSON
Attorneys for Central

_____
for Peter W. Billings
Gary E. Jubber
FABIAN & CLENDENIN
Attorneys for the Official Committee of
Unsecured Creditors

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was sent by ordinary mail on this ___ day of _____, 2003, to the following:

J. Thomas Beckett
Parsons Behle & Latimer
201 South Main St, Suite 1800
Salt Lake City, Utah 84111

Peter W. Billings, Esq.
Gary E. Jubber, Esq.
Fabian & Clendenin
215 South State, Suite 1200
Salt Lake City, Utah 84151

Michael N. Emery
Richards Brandt Miller & Nelson
Key Bank Tower, Seventh Floor
50 South Main Street
P.O. Box 2465
Salt Lake City, Utah 84110-2465

 

_____
Clerk

asp

United States District Court
for the
District of Utah
September 10, 2003


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cv-00563



True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:


    Mr. Michael N Emery, Esq.
    RICHARDS BRANDT MILLER & NELSON
    50 S MAIN ST STE 700
    PO BOX 2465
    SALT LAKE CITY, UT  84110
    JFAX 9,5325506

    James F. Williams, Esq.
    PERKINS COIE
    1201 THIRD AVE 40TH FL
    SEATTLE, WA  98101-3099
    EMAIL

    James E. Till, Esq.
    PERKINS COIE LLP
    1211 SW FIFTH AVE STE 1500
    PORTLAND, OR  97204

    J Thomas Beckett, Esq.
    PARSONS BEHLE & LATIMER
    201 S MAIN ST STE 1800
    PO BOX 45898
    SALT LAKE CITY, UT  84145-0898
    EMAIL

    Weston L. Harris, Esq.
    PARSONS KINGHORN PETERS
    111 E BROADWAY 11TH FL
    SALT LAKE CITY, UT  84111
    EMAIL

    Scott J. Goldstein, Esq.
    SPENCER FANE BRITT & BROWNE LLP
    1000 WALNUT ST STE 1400
    KANSAS CITY, MO  64106-2140

    US Trustee
    US TRUSTEE'S OFFICE
    9 EXCHANGE PLACE STE 100
    BOSTON BLDG

```
SALT LAKE CITY, UT  84111

Mr. Peter W. Billings Jr, Esq.
FABIAN & CLENDENIN
215 S STATE STE 1200
PO BOX 510210
SALT LAKE CITY, UT  84151
EMAIL

Mr. Mark S Swan, Esq.
RICHER SWAN & OVERHOLT PC
901 W BAXTER DR
SOUTH JORDAN, UT  84095
EMAIL

Helene Huff
US BANKRUPTCY COURT
,    84101
JFAX 9,5261213
```